

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-64,748-08

### EX PARTE DONALD WAYNE COOKS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W04-00121-N(D) IN THE 195TH JUDICIAL DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of deadly conduct and sentenced to imprisonment for forty years. The Fifth Court of Appeals affirmed Applicant's conviction. *Cooks v. State*, No. 05-04-00620-CR (Tex. App.—Dallas 2005)(not designated for publication).

After a review of the record and the trial court's findings, we find that Applicant's claim in ground one is without merit. Therefore, we deny relief. Applicant's claims in grounds two and three are dismissed as subsequent. TEX. CODE CRIM. PRO. Art. 11.07 §4(a)-(c).

Filed:  May 18, 2016

Do not publish